# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2387

_____

| | | |
|---|---|---|
| Anthony Leding, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | Appeal from the United States |
| Michael Leding; Jolene Leding; Patrick | * | District Court for the Western |
| Leding; Marie Leding; Travis Watkins, | * | District of Arkansas. |
| Fort Smith Police Officer; Steven | * | |
| Gunter, Fort Smith Police Officer; | * | [UNPUBLISHED] |
| Harold Dean Pitts, Fort Smith Police | * | |
| Officer; Fort Smith Police Department, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  January 3, 2000

Filed:  January 19, 2000

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Anthony Leding appeals the district court's adverse grant of summary judgment in Leding's search and arrest-based civil rights action.  Having reviewed the record in the context of Leding's claims, we conclude that an extensive discussion is not

warranted.  We believe the district court's decision is correct, and we affirm without further discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.